*J. Harlin O'Connell* and *Aloysius F. Schaeffner* for Alice Spengel, appellant.

*Herbert C. Pentz* for Ovide De St. Aubin, Jr., as Executor of Percival De St. Aubin, appellant.

*John F. Le Viness, Jr.,* and *W. H. Dannat Pell* for respondents.

Judgment affirmed, with costs to all parties appearing by separate attorneys and filing separate briefs, payable out of the fund. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEO FELLMAN, Appellant, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent.

Argued February 21, 1947; decided April 11, 1947.

*Louis Kaye* for appellant.

*Nathaniel L. Goldstein, Attorney-General (William S. Elder, Jr., Wendell P. Brown* and *Patrick H. Clune* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

FRED T. LEY, Appellant v. FRED T. LEY & Co., INC., Respondent.

Argued February 24, 1947; decided April 11, 1947.